# CAUSE NO. 05-25-01010-CV

ACCEPTED
05-25-01010-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/22/2025 7:29 AM
RUBEN MORIN
CLERK

**Nehikhare Lambert-Aikhionbare** §      **IN THE FIFTH COURT**
**Appellant(s)**                     §
                                     §      **OF APPEALS**
**Vs.**                              §
                                     §      **DALLAS COUNTY, TEXAS**
**Trey Crook**                       §
**Apellee(s)**                       §

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/22/2025 7:29:11 AM
Ruben Morin
Clerk

## APPELLANTS MOTION FOR RECONSIDERATION

Comes Now APPELLANT Nehikhare Lambert-Aikhionbare and respectfully files the below Motion:

1. DEFENDANT respectfully ask the Court to reconsider its Order regarding a stay on the Writ of Possession

2. Filed a timely Notice of Appeal on July 31st.

3. DEFENDANT equally had a Statement of Inability to Pay filed with the Court and per Section 24.0052(e) of Texas Statutes, was not required to file another Statement.

4. DEFENDANT was unable to pay the Supersedeas Bond with the Court due to an error in the Judgement Order. The Clerk declined to accept timely payment stating there was no reference to supersedeas bond in the Order and it had to be corrected.

5. Pursuant to F. R. C. P. 60(b), relief may be sought from an order due to "mistake, inadvertence, surprise or excusable neglect". The Supreme court also upheld in Kemp v. United States that the term mistake should be given the broadest meaning possible including including a courts error.

6. The Appellant will suffer irreparable harm if this writ is allowed to proceed as this is teh Appellants Home that was purchased din good faith and not a Rent based case. Appellant is willing and has shown willingness to borrow whatever funds are necessary for the supersedeas bond, the Clerk just would not accept and file..

For these reasons, DEFENDANT respectfully asks the Court to reconsider its order and grant the request to stay and/or recall the Writ of Possession and any other relief that the Court finds to be just.

Respectfully,

*/s/ Nehikhare Lambert-Aikhionbare*
11410 Park Central Place.
Unit C
Dallas, TX-75230
ehi@nolainvestments,net
(217)553-3066

# PROPOSED ORDER

**Order**

Upon the above APPELLANT's Motion, it is: ORDERED AND DECREED that the Writ of Possession entered on August 11th, 2025 is recalled and cancelled.

Signed and Ordered on this date: _____.

_____
Judge
Fifth Court Appeals
Dallas County, Texas



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The escheatment laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to
      prevent this from occurring
    - In most cases, the funds will be considered "abandoned"
      after the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check
      is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has
      been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

**FOR YOUR PROTECTION SAVE THIS COPY**     **Customer Copy**

## CASHIER'S CHECK

08/08/2025

9617046551

Void after 1 year

$** 4,200.00 **

**Remitter:**  NEHIKHARE LAMBERT-AIKHIONBARE

**Pay To The
Order Of:**  DALLAS COUNTY CLERK

Memo:--------------------------------------------------------------

Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**

NON NEGOTIABLE